**Order entered December 11, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01122-CV

## IN THE INTEREST OF M.D., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 86664**

## ORDER

Before the Court is appellee's December 9, 2019 motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **December 30, 2019**. Because this is an accelerated appeal involving the termination of appellant's parental rights, we caution appellee that further extension requests will be disfavored.

/s/    BILL WHITEHILL
       JUSTICE